United States District Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| CINDY MARTINEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:24-cv-57 |
| § | |
| SCHINDLER ELEVATOR § | |
| CORPORATION *et al.* § | |

# ORDER

The parties filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 14). Generally, parties in a civil suit may dismiss claims without a court order upon filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. *See* Fed. R. Civ. P. 41(a)(1)(A). Unless otherwise indicated, Rule 41(a)(1)(A)(ii) dismissals operate without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Here, all parties signed the stipulation, none of the above limitations apply, and the parties expressly request that Plaintiff's claims be dismissed with prejudice (*see* Dkt. No. 14). Therefore, the stipulation's filing automatically dismissed Plaintiff's claims with prejudice. *See Def. Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (quoting *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

Because no claim remains pending in this case, the Clerk of Court is

1

**DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** April 24, 2025.

                                               Marina Garcia Marmolejo
                                               United States District Judge